# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                                  :NO.  510
                                                        :
APPOINTMENT TO THE MINOR COURT   :MAGISTERIAL RULES DOCKET
RULES COMMITTEE                                :
                                                        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2022, the Honorable Christopher J. Cerski, Montgomery County, is hereby appointed as a member of the Minor Court Rules Committee for a term of six years, commencing October 1, 2022.